**Electronically Filed
Supreme Court
SCWC-19-0000446
20-MAY-2020
09:26 AM**

SCWC-19-0000446

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LO,
Respondent/Plaintiff-Appellee,

vs.

NO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000446; FC-D NO. 16-1-1111)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner's application for writ of certiorari, filed on April 3, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, May 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

